UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

MICHAEL C. CULVER,

                              Debtor.
-----------------------------------------------------------------x
MICHAEL C. CULVER,

                              Appellant,                      **ORDER**

     – against –

                                                                          No. 25-CV-7568 (CS)

ROAD ATLANTA LLC,

                              Appellee.
-----------------------------------------------------------------x

Seibel, J.

      Appellant neither filed a motion for leave to appeal nor filed a letter explaining why Judge Morris's order of July 16, 2025 is a final order, as ordered by the Court on September 11, 2025, (*see* ECF No. 4).  Additionally, Appellant failed to file the Designation of Items to be Included in the Record as required by Federal Rule of Bankruptcy Procedure 8009.  Accordingly, this appeal is hereby DISMISSED for failure to prosecute.  The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: October 7, 2025
       White Plains, New York

                                                                          _____
                                                                          CATHY SEIBEL, U.S.D.J.